JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>STEVEN J. APPLETON,<br><br>             Defendant | No. 2:15 cv 3114<br><br>COMPLAINT ON PROMISSORY NOTE<br><br>(DEPARTMENT OF EDUCATION) |

For its claim, the plaintiff alleges as follows:

This court has jurisdiction under Title 20 U.S.C. §1080. The defendant resides in the County of Los Angeles. This claim arose in connection with a Government insured or guaranteed student loan made by a private lender and assigned to the United States.

**FIRST CAUSE OF ACTION**

Defendant is indebted to Plaintiff on an unpaid promissory note signed by the defendant in the principal amount of $1,424.18, plus accrued interest to April 24, 2015 in the sum of $2,556.28 with interest accruing thereafter at

1 | the daily rate of $3.76; plus administrative charges in the
2 | amount of $0.00, and attorney's fees, and costs.
3 |     Defendant is in default under the terms of said notes
4 | and despite repeated demands upon him to pay, a balance is
5 | still owed.

## SECOND CAUSE OF ACTION

7 |     Defendant is indebted to Plaintiff on an unpaid
8 | promissory note signed by the defendant in the principal
9 | amount of $9,125.66, plus accrued interest to April 24, 2015
10 | in the sum of $15,192.93 with interest accruing thereafter
11 | at the daily rate of $3.76; plus administrative charges in
12 | the amount of $0.00, and attorney's fees, and costs.
13 |     Defendant is in default under the terms of said notes
14 | and despite repeated demands upon him to pay, a balance is
15 | still owed.

## THIRD CAUSE OF ACTION

17 |     Defendant is indebted to Plaintiff on an unpaid
18 | promissory note signed by the defendant in the principal
19 | amount of $4,746.68, plus accrued interest to April 24, 2015
20 | in the sum of $7,902.86 with interest accruing thereafter at
21 | the daily rate of $3.76; plus administrative charges in the
22 | amount of $0.00, and attorney's fees, and costs.
23 |     Defendant is in default under the terms of said notes
24 | and despite repeated demands upon him to pay, a balance is
25 | still owed.

## FOURTH CAUSE OF ACTION

27 |     Defendant is indebted to Plaintiff on an unpaid
28 | promissory note signed by the defendant in the principal

amount of $3,286.03, plus accrued interest to April 24, 2015 in the sum of $8,133.94 with interest accruing thereafter at the daily rate of $3.76; plus administrative charges in the amount of $0.00, and attorney's fees, and costs.

Defendant is in default under the terms of said notes and despite repeated demands upon him to pay, a balance is still owed.

WHEREFORE, plaintiff prays for judgment against defendant in the principal amount of $18,582.55, plus interest accrued to April 24, 2015 in the sum of $33,785.71, with interest accruing thereafter at the daily rate of $3.76 until entry of judgment; plus $0.00 for administrative charges, and attorney's fees, and costs.

DATED: April 24, 2015

_____
JACQUELYNE M. NGUYEN
ATTORNEY FOR THE PLAINTIFF