JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   vs.<br><br>STEVEN J. APPLETON,<br><br>                    Defendant | No. 2:15 cv 3114<br><br>NOTICE OF RELATED CASE<br><br>(DEPARTMENT OF EDUCATION) |

Based upon information and belief, the undersigned, counsel of record for Plaintiff, United States of America, certifies that the following, related case against Defendant was dismissed without prejudice for failure to timely serve the defendant:

<u>United States of America v. Steven J. Appleton</u>
CV A 03-6420

DATED: April 24, 2015

                                    JACQUELYNE M. NGUYEN
                                    ATTORNEY FOR THE PLAINTIFF