JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15 cv 3114 |
|---|---|
| Plaintiff, | NOTICE OF INTERESTED PARTIES |
| vs. | (Local Rule 7.1-1) |
| STEVEN J. APPLETON, | |
| Defendant | (DEPARTMENT OF EDUCATION) |

   Pursuant to Local Rule 7-1.1, and based upon information and belief, the undersigned, counsel of record for Plaintiff, United States of America, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or refusal.

   The United States Department of Education,
   Steven J. Appleton

DATED: April 24, 2015                    _____
                                         JACQUELYNE M. NGUYEN
                                         ATTORNEY FOR THE PLAINTIFF