# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America,

                              **PLAINTIFF**

v.

                            **DEFENDANT(S).**

CASE NUMBER

_____

**NOTICE OF INTENT TO DISMISS RECOVERY CASE FOR LACK OF PROSECUTION**

      The above entitled case was filed by your office on _____. Pursuant to Federal Rule of Civil Procedures 4(m), service shall be made within 120 days after the filing of the complaint.

      This case will be dismissed for lack of prosecution on _____ unless the following document(s) are filed with this office on or before _____:

☐ Proof of Service of the Summons and Complaint
☐ Application for Entry of Default; and
☐ Application for Default Judgment with Proposed Judgment; or
☐ Consent Judgment; or
☐ Notice of Dismissal

                                            Clerk, U. S. District Court

_____        By _____
Date                                              Deputy Clerk