```
JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, SUITE "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
```

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:15-cv-3114 |
|---|---|
| Plaintiff, | REQUEST FOR STAY OF DISMISSAL OF CASE PENDING SETTLEMENT; (PROPOSED) ORDER |
| vs. | |
| STEVEN J. APPLETON, | |
| Defendant | |

    Plaintiff, UNITED STATES OF AMERICA ("USA"), hereby requests for stay of the dismissal of this case. The clerk of this court has filed a Notice of Intent to Dismiss Recovery Case for Lack of Prosecution.

    The reason for the lack of prosecution by Plaintiff is an ongoing settlement discussion between the parties. On May 1, 2015, Defendant, Steven J. Appleton, was served with Summons and Complaint. On May 20, 2015, defendant contacted our office, indicating his willingness to settle the case, and requested an extended time to file an answer, pending on the outcome of settlement negotiations.

///

1  After several months of negotiations, the parties are close
2  to reaching a settlement, therefore requests a stay pending
3  conclusion of settlement.

5  Plaintiff, the UNITED STATES OF AMERICA ("USA"), hereby
6  respectfully requests a stay of the dismissal of this case until
7  December 31, 2015.

10 DATED: October 5, 2015

                                    /S/ JACQUELYNE M. NGUYEN
                                      JACQUELYNE M. NGUYEN
                                      Attorney for Plaintiff

**PROOF OF SERVICE BY MAILING**

I, George Martinovich, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1670 Santa Ana Ave., Suite "K", Costa Mesa, CA 92627.

On October 5, 2015, I served a copy of a Request for Stay of the Dismissal of Case on the interested parties named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

>Steven J. Appleton
>XXX
>Los Angeles, CA

Date of mailing: October 5, 2015; Place of Mailing: Costa Mesa, California. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully pre-paid.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Monday, October 05, 2015, at Costa Mesa, California.

>George Martinovich
>George Martinovich