1  JACQUELYNE M. NGUYEN, Bar no. 249658
   LAW OFFICES OF JACQUELYNE M. NGUYEN
2  2900 BRISTOL STREET, SUITE "A-208"
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5  Attorney for: Plaintiff

                UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | No.: 2:15-cv-3114 |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR STAY OF DISMISSAL OF CASE |
| STEVEN J. APPLETON, | |
| Defendant(s). | |


   **IT IS SO ORDERED**, and the dismissal of the case no.: 2:15-cv-3114; United States of America v. Steven J. Appleton, is stayed pending conclusion of the settlement of this case.


   DATED:                          _____
                                   United States District Judge

Page 1