JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, SUITE "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
Attorney for: Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
OCT 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEVEN J. APPLETON,<br><br>          Defendant(s). | No.:   2:15-cv-3114<br><br>ORDER FOR STAY OF<br>DISMISSAL OF CASE |

**IT IS SO ORDERED**, and the dismissal of the case no.: 2:15-cv-3114; United States of America v. Steven J. Appleton, is stayed pending conclusion of the settlement of this case, *or November 9, 2015, whichever is earlier!*

DATED: 10/8/15

_____
United States District Judge

Page 1